**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| | | § | |
| In Re: | GEORGE A MASON | § | Case No.: 10-40986 |
| | ROBERTA L MASON | § | |
| | | § | |
| | | § | |
| | Debtor(s) | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2010.

2) This case was confirmed on 11/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/18/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/07/2011.

6) Number of months from filing to the last payment: 11

7) Number of months case was pending: 13

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 10,450.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,460.00 |
| Less amount refunded to debtor | $ 486.82 |
| **NET RECEIPTS** | $ 8,973.18 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,494.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 548.96 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,042.96 |
| Attorney fees paid and disclosed by debtor | $ 6.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 7,003.00 | 7,541.80 | 7,541.80 | 339.77 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 5,357.00 | 7,241.24 | 7,241.24 | 326.23 | .00 |
| METRO SOUTH MEDICAL | UNSECURED | 100.00 | 140.00 | 140.00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 55.00 | 55.15 | 55.15 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 85.00 | 85.10 | 85.10 | .00 | .00 |
| TRI STATE FINANCIAL | SECURED | NA | 1,031.67 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 1,535.00 | .00 | 1,535.00 | 220.00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,535.00 | NA | NA | .00 | .00 |
| MIDFIRST BANK | SECURED | 121,624.00 | .00 | .00 | .00 | .00 |
| MIDFIRST BANK | SECURED | 41,624.00 | 51,380.40 | .00 | .00 | .00 |
| MIDFIRST BANK | UNSECURED | 13,248.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 4,563.00 | 6,099.59 | 6,099.59 | 274.80 | .00 |
| CREDIT UNION 1 | UNSECURED | 643.00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 642.00 | 642.23 | 642.23 | 19.34 | .00 |
| DATA PROCESSING EASY | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 463.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 293.00 | NA | NA | .00 | .00 |
| EDUCATIONAL CREDIT M | OTHER | .00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 6,560.00 | 6,684.90 | 6,684.90 | 301.16 | .00 |
| ELITE FINANCIAL SVCS | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 2,172.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 817.00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 500.00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FAST CASH ADVANCE | UNSECURED | 1,000.00 | 1,648.36 | 1,648.36 | 74.26 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 892.00 | 430.99 | 430.99 | 19.42 | .00 |
| GALAXY INTERNATIONAL | UNSECURED | 474.00 | NA | NA | .00 | .00 |
| METRO SOUTH MEDICAL | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 5,440.00 | NA | NA | .00 | .00 |
| LIEN UNIT | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | 3,468.00 | 4,672.28 | 4,672.28 | 210.49 | .00 |
| LITTLE LOAN SHOPPE | UNSECURED | 770.00 | 770.00 | 770.00 | 34.69 | .00 |
| MONTEREY COLLECTIONS | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| MONTEREY COLLECTIONS | UNSECURED | 780.00 | 624.64 | 624.64 | 18.81 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,447.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,816.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| MID AMERICA BANK & T | UNSECURED | 324.00 | 324.60 | 324.60 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 839.00 | 838.78 | 838.78 | 37.79 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 834.00 | 803.37 | 803.37 | 36.19 | .00 |
| PREMIER BANKCARD | UNSECURED | 508.00 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | .00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 140.15 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 860.00 | NA | NA | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | 2,752.00 | 2,751.88 | 2,751.88 | 123.97 | .00 |
| TRI STATE FINANCIAL | UNSECURED | 666.00 | .00 | 1,031.67 | 46.47 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 886.00 | NA | NA | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| RENT A CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 892.91 | 892.91 | 40.22 | .00 |
| PRA RECEIVABLES MANA | OTHER | NA | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | NA | 11,414.93 | 11,414.93 | 514.26 | .00 |
| ECMC | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 650.20 | 650.20 | 19.58 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 2,272.77 | 2,272.77 | 2,272.77 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,535.00 | 220.00 | .00 |
| **TOTAL SECURED:** | 1,535.00 | 220.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,272.77 | 2,272.77 | .00 |
| **TOTAL PRIORITY:** | 2,272.77 | 2,272.77 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 55,344.62 | 2,437.45 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,042.96 | |
| Disbursements to Creditors | $ 4,930.22 | |
| **TOTAL DISBURSEMENTS:** | | $ 8,973.18 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/11/2011

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.